GEORGE BUNGAY and HERMAN GUNSBURG, Doing Business under the Firm Name and Style of BUNGAY & GUNSBURG, Respondents, v. PETROS P. TATANIS, Doing Business under the Firm Name and Style of CARACANDA BROTHERS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

IRENE SLADKUS, Respondent, v. J. A. CANTOR PRINTING Co., INC., Appellant, Impleaded with ISIDOR A. CANTOR and Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

IRENE SLADKUS, Respondent, v. ISIDOR A. CANTOR, Appellant, Impleaded with J. A. CANTOR PRINTING Co., INC., and Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JAMES J. DEALY, Respondent, v. GUS HILLS, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $25,205.34, including interest and costs; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

DAVID LEVINSON, Respondent, v. SULZBERGER & SONS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Cldske, P. J., Laughlin, Dowling, Merrell and Greenboum, JJ.; Clarke, P. J., dissenting.

PATRICK BROPHY, an Infant, by MARY BROPHY, His Guardian ad Litem, Appellant, v. JOE COHEN, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

WORMSER MORRIS Co., INC., Respondent, v. ISRAEL S. TITELMAN and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MARYLAND CASUALTY COMPANY, Respondent, v. JAMES AUDITORE & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

FREY & SON, INCORPORATED V. E. R. SHERBURNE COMPANY and Another, — Motion for reargument denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of ARTHUR A. BROWN, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.